**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2477**

---

DARRYL ALLMOND,

Plaintiff - Appellant,

versus

ROYAL INSURANCE COMPANY OF AMERICA; ANGELA
BARTLEY, Claim Representative; BENJAMIN J.
TRICHILLO; YOUNG J. YOU; ROGER GISOLFI;
MICHELE HEDIN; HOME PLACE; LYNN DONAHUE;
NICHOLAS PATRONAS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T.S. Ellis, III, District
Judge. (CA-01-1468)

---

Submitted: March 14, 2002       Decided: March 21, 2002

---

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Darryl Allmond, Appellant Pro Se. Michael Lewis Rigsby, Charles F.
Midkiff, MIDKIFF, MUNCIE & ROSS, P.C., Richmond, Virginia; Ronald
Paul Herbert, LECLAIR RYAN, P.C., Richmond, Virginia; Cynthia Lee
Santoni, MILES & STOCKBRIDGE, McLean, Virginia; William Boyle
Porter, Maura Jane Graham, BLANKINGSHIP & KEITH, Fairfax, Virginia;

Robert J. Lloyd, III, MCGUIREWOODS, L.L.P., McLean, Virginia; Stephen Lewis Altman, Marc Andrew Brown, MONTEDONICO, HAMILTON & ALTMAN, P.C., Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl Allmond appeals the district court's order granting Defendants' motions to dismiss. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Allmond v. Royal Ins. Co. of America, No. CA-01-1468 (E.D. Va. filed Dec. 7, 2001; entered Dec. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED